IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| PATRICIA LOPEZ, | ) | NO.: 19-29460-CAD |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: CAROL A. DOYLE |
| | ) | |

### NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S NOTICE OF DEBTORS' REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

COMES NOW Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor")d/b/a Mr. Cooper ("Creditor"), by and through undersigned counsel, and hereby submits this Notice of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of six (6) months and has elected to not tender post-petition payments to Creditor that would come due on the mortgage starting April 1, 2020 through September 1, 2020 (hereinafter the "Forbearance Period).

Creditor, at this time, does not waive any rights to collect the payments that come due during the Forbearance Period. Per the request, Debtor will resume post-petition payments beginning October 1, 2020.  Further, Debtor will be required to cure the delinquency (hereinafter "Forbearance Arrears") created by the Forbearance Period.

Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the Forbearance Arrears and submit that agreement to the Court for approval. If Debtor fails to provide for curing the Forbearance Arrears in full, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the Forbearance Period.

Respectfully submitted,

 /s/ Dana O'Brien

Dana O'Brien, IL Bar No. 6256415
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6444
dana.obrien@mccalla.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| PATRICIA LOPEZ, | ) | NO.: 19-29460-CAD |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: CAROL A. DOYLE |
| | ) | |

## CERTIFICATE OF SERVICE

TO:  SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Order to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on April 10, 2020, with proper postage prepaid.

                                                      McCalla Raymer Leibert Pierce, LLC
                                                      /s/ Dana O'Brien
                                                      Dana O'Brien
                                                      ARDC# 6256415
                                                      1 N. Dearborn Suite 1200
                                                      Chicago, IL 60602
                                                      (312) 346-9088

File No. CENTX-17-04115-2

## SERVICE LIST

To Trustee: *by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

To Debtor:
Patricia Lopez *Served via U.S. Mail*
4017 MAPLE AVE
Brookfield, IL 60513

To Attorney: *by Electronic Notice through ECF*
David H Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088