**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  19-29460 |
| Patricia Lopez | ) | |
| | ) | HON. Carol A. Doyle |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:   M.O. Marshall, Trustee, 55 E. Monroe Street, #3850, Chicago, IL 60603, via electronic court notification;

See attached service list.

PLEASE TAKE NOTICE that on June 29, 2021 at 9:30 a.m., I will appear before the Honorable Judge Carol A. Doyle, or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan Post Confirmation, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742.**  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

**CERTIFICATE OF SERVICE**

    I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on June 4, 2021 by 8:00 p.m.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-29460 |
| | ) | |
| Patricia Lopez | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Carol A. Doyle |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Patricia Lopez (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. On October 16, 2019, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. On January 7, 2020, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Debtor's confirmation order provides for a plan payment of $1,378 for 60 months with unsecured creditors receiving 12% of their timely filed unsecured claims.

4. The Debtor has paid in $26,212 to date in her Chapter 13 plan.

5. The Debtor's plan is currently paying out 100% to the general unsecured creditors.

6. The Debtor is substantially current on her trustee payments as of the date of this motion.

7. The Debtor entered into a mortgage forbearance with Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor") for the property located at 4017 Maple Ave Brookfield, IL 60513 based upon a material financial hardship caused by the COVID-19 pandemic. Creditor granted the Debtor a forbearance for a total of 12 months, starting April 1, 2020 through March 1, 2021, with an amount now due of $27,345.78 through May 2021.

(See Exhibit A)

8. Debtor has resumed her post-petition mortgage payments with Creditor beginning with the April 2021 payment, but she is unable to cure the full amount of the forbearance arrears in one lump sum payment and is seeking to modify her plan to add the forbearance arrears into the plan and extend her plan term under the CARES ACT §1113.

9. The Debtor's income has been affected and she is experiencing a material financial hardship related to the coronavirus disease 2019 (COVID–19) pandemic. The Debtor receives monthly rent from her daughter who lives with her and during the pandemic her daughter suffered a loss of income and was unable to make the full rent payments.

10. The Debtor's daughter is a tax preparer and her small business was shut down the first week of March 2020 due to mandatory closures by the Village of Riverside, Illinois as a result of the COVID-19 pandemic. This greatly affected her as it was right at the height of the tax season and her clientele is older, they are lower income and do not have access to computers and internet and she lost a large amount of business. After 6 months businesses were opening up again, however, the tax season had ended.

11. The Debtor is looking to add the mortgage forbearance arrears to her Chapter 13 plan, that the Creditor will file a supplemental claim for the arrearage, and to extend the Chapter 13 plan term over 60 months under H.R. 748 – CARES ACT §1113 as the Debtor's loss of income was result of the (COVID–19) pandemic. The Debtor is looking to extend the Chapter 13 plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1).

12. The Debtor will be in a position to make plan payments and her post-petition mortgage payments going forward if the mortgage forbearance arrears are added to the plan and the Chapter 13 plan term is extended over 60 months as Debtor's daughter's tax business is

open, they had a successful tax season this year and her daughter will be starting in July 2021 part-time work at Nicor doing accounting work and she will be able to make her full rent payment in a timely manner each month to the Debtor.

13. Debtor requests that this Honorable Court add the mortgage forbearance arrears to the Chapter 13 plan and to extend the Chapter 13 plan term over 60 months under H.R. 748 – CARES ACT §1113.

14. The Debtor has filed the instant case in good faith and she intends to complete the plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to add the mortgage forbearance arrears to the Chapter 13 Plan and to extend the Chapter 13 Plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1); and for such further relief that this Court may deem just and proper.

Dated: June 4, 2021                                          Respectfully Submitted,


                                                             By:    /s/ David H. Cutler

                                                                    David H. Cutler, esq.,
                                                                    Counsel for Debtor(s):
                                                                    4131 Main St.
                                                                    Skokie, IL 60076
                                                                    Phone: (847) 673-8600