UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-29460 |
| PATRICIA LOPEZ | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER MODIFYING PLAN POST CONFIRMATION

THIS CAUSE COMING TO BE HEARD on the Debtor's Motion to Modify Plan to add the post-petition mortgage payment arrears due to Nationstar Mortgage LLC d/b/a Mr. Cooper, the mortgagee on the property located at 4017 Maple Ave., Brookfield, IL 60513, to the Chapter 13 plan:

IT IS ORDERED that the motion is granted as follows:

1. Debtor acknowledges post-petition mortgage payment arrears of $27,494.85 constituting the August 1, 2020 through July 2021 mortgage payments.

2. The post-petition arrears of $27,494.85 will be added to the plan to be paid by the Chapter 13 Trustee in addition to the pre-petition mortgage arrears in part 3.1 of the plan.

3. As of September 03, 2021, the Trustee disbursed $24,839.65 of the $70,762.88 pre-petition mortgage arrears leaving $45,923.23 outstanding. Upon adding $27,494.85 of post-petition arrears, the Trustee will disburse an additional $73,418.08 to Nationstar Mortgage LLC d/b/a Mr. Copper over the course of the plan.

4. Debtor will resume making mortgage payments directly to Nationstar Mortgage LLC d/b/a Mr. Cooper beginning with the August 1, 2021 mortgage payment.

5. The plan term is extended beyond 60 months pursuant to 11 U.S.C. §1329(d)(1).

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 13, 2021

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago , IL  60602