Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 19−29460
Chapter: 13
Judge: Timothy A. Barnes

In Re:
   Patricia Lopez
   4017 Maple Ave
   Brookfield, IL 60513

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8104

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that this case was dismissed on December 14, 2023

FOR THE COURT

Dated: December 15, 2023            Jeffrey P. Allsteadt , Clerk
                                    United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 19-29460-TAB |
| Patricia Lopez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2023 | Form ID: ntcdsm | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Lopez, 4017 Maple Ave, Brookfield, IL 60513-1937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28298282 | | Email/Text: EBN_Brea@meduitrcm.com | Dec 15 2023 22:59:00 | CMRE Financial Services, Attn: Bankruptcy, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821 |
| 28298283 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2023 23:19:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 28491324 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 23:19:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28298284 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 15 2023 22:59:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 28298285 | | EDI: PRA.COM | Dec 16 2023 03:24:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 29545028 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 15 2023 22:59:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 28356952 | + | Email/Text: BankruptcyECFMail@mccalla.com | Dec 15 2023 22:59:00 | U.S. Bank National Association, as Trustee, succes, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 28381580 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 15 2023 22:59:00 | U.S. Bank National Association, et. al., Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0752-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 15, 2023 | Form ID: ntcdsm | Total Noticed: 9

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2023  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:

**Name**     **Email Address**

Dana N O'Brien
on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper dana.obrien@mccalla.com NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

David H Cutler
on behalf of Debtor 1 Patricia Lopez cutlerfilings@gmail.com r48280@notify.bestcase.com

Kinnera Bhoopal
on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper kinnera.bhoopal@mccalla.com mccallaecf@ecf.courtdrive.com

Michael Dimand
on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill mdimand@aol.com, bankruptcyfilings@wirbickilaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Peter C Bastianen
on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill bkpleadingsNORTHERN@il.cslegal.com

Thomas H. Hooper
thomas.h.hooper@chicagoch13.com

Toni Townsend
on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com northerndistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

TOTAL: 8